IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Curtis Raymond | : |
| Anne Raymond | : |
| | :  Case No.: 17-13355ELF |
| | : |
| Debtor(s) | :  Chapter 13 |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees filed at Docket Number 38.

Dated: December 22, 2017            /s/ Brad J. Sadek, Esquire
                                    Brad J. Sadek, Esquire
                                    Sadek and Cooper
                                    "The Philadelphia Building"
                                    1315 Walnut Street, #502
                                    Philadelphia, PA 19107
                                    215-545-0008