United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Curtis Raymond  
Anne Raymond  
      Debtors

Case No. 17-13355-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 1      Date Rcvd: Feb 16, 2018  
                       Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13929228      E-mail/PDF: cbp@onemainfinancial.com Feb 17 2018 02:49:56      ONEMAIN,  P.O. BOX 3251, EVANSVILLE, IN 47731-3251
                                                  TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:
        BRAD J. SADEK    on behalf of Joint Debtor Anne  Raymond brad@sadeklaw.com,  bradsadek@gmail.com  
        BRAD J. SADEK    on behalf of Debtor Curtis  Raymond brad@sadeklaw.com,  bradsadek@gmail.com  
        CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com  
        LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                         TOTAL: 8

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-13355-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Curtis Raymond
45 Primrose Lane
Levittown PA 19054

Anne Raymond
45 Primrose Lane
Levittown PA 19054

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/15/2018.

Name and Address of Alleged Transferor(s):

Claim No. 4: ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251

Name and Address of Transferee:

PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  02/18/18

Tim McGrath
**CLERK OF THE COURT**