# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-13355(ELF) |
| CURTIS RAYMOND and | : | CHAPTER 13 |
| ANNE RAYMOND | : | |
| Debtors | : | HEARING SCHEDULED FOR |
| | : | SEPTEMBER 11, 2018 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

## CERTIFICATE OF SERVICE

Lavin, O'Neil, Cedrone & DiSipio, by the undersigned, hereby certifies that a copy of Ally Financial Inc.'s Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on August 17, 2018, upon the following individuals:

LAVIN, O'NEIL, CEDRONE & DiSIPIO

DATED: August 17, 2018    By:   /s/ Regina Cohen
                                 Regina Cohen, Esquire
                                 Attorneys for Ally Financial Inc.

## **SERVICE LIST**

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
(Via ECF Only)

William C. Miller, Esquire
Chapter 13 Trustee
P. O. Box 1229
Philadelphia, PA 19105
(Via ECF Only)

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(Via ECF Only)

Curtis Raymond
Anne Raymond
45 Primrose Lane
Levittown, PA 19054