IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: CURTIS RAYMOND ) | |
| ANNE RAYMOND ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 17-13355 (ELF) |
| FLAGSHIP CREDIT ACCEPTANCE ) | |
| **Moving Party** ) | HEARING DATE: **9-4-18 at 9:30 AM** |
| ) | |
| v. ) | |
| ) | 11 U.S.C. 362 |
| CURTIS RAYMOND ) | |
| ANNE RAYMOND ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

## ORDER MODIFYING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Flagship Credit Acceptance, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2008 Ford F150** bearing vehicle identification number 1FTRF14W08KE14910 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Order entered by default.**

Dated:  9/4/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**