United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 17-13355-elf
Curtis Raymond Chapter 13
Anne Raymond
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: Randi Page 1 of 1 Date Rcvd: Sep 04, 2018
 Form ID: pdf900 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2018.
db/jdb +Curtis Raymond,   Anne Raymond,   45 Primrose Lane,   Levittown, PA 19054-3615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2018 at the address(es) listed below:
 BRAD J. SADEK    on behalf of Joint Debtor Anne  Raymond brad@sadeklaw.com, bradsadek@gmail.com
 BRAD J. SADEK    on behalf of Debtor Curtis  Raymond brad@sadeklaw.com, bradsadek@gmail.com
 CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com
 LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
 REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
 REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com
 United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
 WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
 WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
 WILLIAM EDWARD CRAIG    on behalf of Creditor    Flagship Credit Acceptance, c/o Morton & Craig LLC ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
 TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: CURTIS RAYMOND )<br>ANNE RAYMOND )<br>**Debtor(s)** )<br> )<br>FLAGSHIP CREDIT ACCEPTANCE )<br>**Moving Party** )<br> )<br>v. )<br> )<br>CURTIS RAYMOND )<br>ANNE RAYMOND )<br>**Respondent(s)** )<br> )<br>WILLIAM C. MILLER )<br>**Trustee** )<br>_____ ) | CHAPTER 13<br><br>CASE NO. 17-13355 (ELF)<br><br>HEARING DATE: **9-4-18 at 9:30 AM**<br><br>11 U.S.C. 362 |

**ORDER MODIFYING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of Flagship Credit Acceptance, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2008 Ford F150** bearing vehicle identification number 1FTRF14W08KE14910 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Order entered by default.**

Dated:  9/4/18

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**