# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-13355-ELF

CURTIS RAYMOND
ANNE RAYMOND
45 PRIMROSE LANE

LEVITTOWN, PA 19054

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CURTIS RAYMOND
    ANNE RAYMOND
    45 PRIMROSE LANE

    LEVITTOWN, PA 19054


Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                        /S/ William C. Miller

Date: 1/11/2019                                       _____

                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee