IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Curtis & Anne Raymond | : | |
| | : | Case No.:    17-13355ELF |
| | : | |
| Debtor(s) | : | Chapter:    13 |

## CERTIFICATE OF NO RESPONSE MOTION TO MODIFY CHAPTER 13 PLAN

    I, Brad J. Sadek, Esquire, hereby certify that no answer, objection, or other responsive pleading or request for hearing has been filed within the time allowed by law pertaining to the Motion to Modify Chapter 13 Plan.

Dated: April 26, 2019

                                                                                                  /s/Brad J. Sadek, Esquire

                                                                                                  Sadek & Cooper Law Offices, LLC
                                                                                                  1315 Walnut Street, #502
                                                                                                  Philadelphia, PA 19107
                                                                                                  215-545-0008