IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| | : Chapter 13 |
| **Curtis Raymond** | : |
| **Anne Raymond** | : |
| | : |
| | : Bankruptcy Case No: 17-13355ELF |

### PRAECIPE TO WITHDRAW

TO THE COURT:

    Please withdraw the Motion to Modify Chapter 13 Plan filed with the Court on March 28, 2019 at Docket No. 86 and discontinue the hearing scheduled for April 30, 2019 at 1:00pm.

Dated: April 29, 2019

/s/ *Brad J. Sadek*
Brad J. Sadek, Esquire
Counsel for Debtor