United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13355-elf
Curtis Raymond                                                        Chapter 13
Anne Raymond
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                Page 1 of 3              Date Rcvd: May 07, 2019
                              Form ID: pdf900            Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
```
db/jdb         +Curtis Raymond,    Anne Raymond,    45 Primrose Lane,    Levittown, PA 19054-3615
cr             +Flagship Credit Acceptance, c/o Morton & Craig LLC,    110 Marter Avenue,    Suite 301,
                 Moorestown, NJ 08057-3124
14183560       +Ally Financial Inc.,    c/o Regina Cohen, Esquire,    LAVIN, ONEIL, CEDRONE & DiSIPIO,
                 190 North Independence Mall West,    6th and Race Streets, Ste. 500,
                 Philadelphia, PA 19106-1557
13940865       +Bayview Loan Srving LLC,    c/o Celine P. DerKrikorian, Esq.,    123 S. Broad St., Ste. 1400,
                 Phila., PA 19109-1060
13961736        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14177009       +Flagship Credit Acceptance,    c/o William E. Craig, Esquire,    Morton & Craig, LLC,
                 110 Marter Ave.,    Suite 301,    Moorestown, NJ 08057-3125
13916931       +KML Law Group P.C.,    Suite 5000- BNY Independance Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
13916930       +Kay Jewelers/Sterling Jewelers Inc.,    Sterling Jewelers,    Po Box 1799,    Akron, OH 44309-1799
13916933       +MDS/Medical Data Systems,    2001 9th Ave,    Ste 312,    Vero Beach, FL 32960-6413
13916935       +Mid America Bank & T,    121 Continental Dr Ste 1,    Newark, DE 19713-4325
13916940       +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
14004090       +U.S. Bank NA,    c/o Rebecca A. Solarz, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
14018193       +U.S. Bank National Association,Trustee,    PHFA,    211 North Front Street,
                 Harrisburg, PA 17101-1466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 08 2019 02:43:30     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankrupcty Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 08 2019 02:43:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 08 2019 02:43:26     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com May 08 2019 02:48:47
                 Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX  77210-4360
cr             +E-mail/Text: blegal@phfa.org May 08 2019 02:43:20     Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA  17101,    U.S.A. 17101-1406
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 08 2019 02:48:47     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13916920       +E-mail/Text: EBNProcessing@afni.com May 08 2019 02:43:22     Afni,    Po Box 3427,
                 Bloomington, IL 61702-3427
13929988        E-mail/Text: ally@ebn.phinsolutions.com May 08 2019 02:42:55     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
13916921       +E-mail/Text: ally@ebn.phinsolutions.com May 08 2019 02:42:55     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13916922       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 08 2019 02:43:27
                 Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
                 Miami, FL 33146-1873
13978266       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 08 2019 02:43:27
                 Bayview Loan Servicing,    4425 Ponce de Leon Boulevard, 5th Floor,
                 Coral Gables, FL 33146-1837
13916923       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 08 2019 02:48:48
                 Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13920176       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 08 2019 02:48:56
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
14021563       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 08 2019 02:48:56
                 Capital One Auto Finance,    c/o AIS Portfolio Srvs LP,    4515 N. Santa Fe Ave., Dept. APS,
                 Oklahoma City, OK 73118-7901
13936593       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 08 2019 02:48:47
                 Capital One Auto Finance,,    P.O. Box 165028,    Irving, TX 75016-5028
13916924       +E-mail/Text: bkr@cardworks.com May 08 2019 02:42:52     Cardworks/CW Nexus,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
13979268       +E-mail/Text: bankruptcy@cavps.com May 08 2019 02:43:24     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13916925       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 08 2019 02:43:01     Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
13916926       +E-mail/PDF: creditonebknotifications@resurgent.com May 08 2019 02:48:40     Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
13916929        E-mail/Text: cio.bncmail@irs.gov May 08 2019 02:42:58     Dept. of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Phila., PA 19101-7346
13920467        E-mail/Text: mrdiscen@discover.com May 08 2019 02:42:55     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
```

```
District/off: 0313-2           User: Randi                  Page 2 of 3                  Date Rcvd: May 07, 2019
                               Form ID: pdf900              Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13916927       +E-mail/Text: mrdiscen@discover.com May 08 2019 02:42:55      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
13933040       +E-mail/Text: bankruptcy@flagshipcredit.com May 08 2019 02:43:23      Flagship Credit Acceptance,
                 P.O. Box 3807,    Coppell, TX 75019-5877
13916928       +E-mail/Text: bankruptcy@flagshipcredit.com May 08 2019 02:43:23      Flagship Credit Acceptance,
                 Po Box 965,    Chadds Ford, PA 19317-0643
13916932       +E-mail/Text: bncnotices@becket-lee.com May 08 2019 02:42:56      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
13949942        E-mail/PDF: resurgentbknotifications@resurgent.com May 08 2019 02:48:49
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13948580        E-mail/Text: bkr@cardworks.com May 08 2019 02:42:52      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13975935       +E-mail/Text: bankruptcydpt@mcmcg.com May 08 2019 02:43:18      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13916936       +E-mail/Text: Bankruptcies@nragroup.com May 08 2019 02:43:45      National Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13929228        E-mail/PDF: cbp@onemainfinancial.com May 08 2019 02:48:38      ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
13916937       +E-mail/PDF: cbp@onemainfinancial.com May 08 2019 02:48:46      OneMain,   Attn: Bankruptcy,
                 601 Nw 2nd St,    Evansville, IN 47708-1013
13986496        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2019 02:48:48
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14056588       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2019 02:48:39
                 PRA Receivables Management LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13918034       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2019 02:48:39
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13916939       +E-mail/Text: blegal@phfa.org May 08 2019 02:43:20      Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
13920254        E-mail/Text: bnc-quantum@quantum3group.com May 08 2019 02:43:01
                 Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                 Kirkland, WA 98083-0788
13957613        E-mail/Text: bnc-quantum@quantum3group.com May 08 2019 02:43:01
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
                                                                                                TOTAL: 37

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Ally Financial Inc.,    P.O. Box 130424,   Roseville, MN 55113-0004
cr*            +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
cr*            +PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
13916934*      +MDS/Medical Data Systems,    2001 9th Ave,   Ste 312,    Vero Beach, FL 32960-6413
13916938*      +OneMain,   Attn: Bankruptcy,    601 Nw 2nd St,   Evansville, IN 47708-1013
13916941*      +Quality Asset Recovery,    Po Box 239,   Gibbsboro, NJ 08026-0239
13916942*      +Quality Asset Recovery,    Po Box 239,   Gibbsboro, NJ 08026-0239
13916943*      +Quality Asset Recovery,    Po Box 239,   Gibbsboro, NJ 08026-0239
13916944*      +Quality Asset Recovery,    Po Box 239,   Gibbsboro, NJ 08026-0239
13916945*      +Quality Asset Recovery,    Po Box 239,   Gibbsboro, NJ 08026-0239
                                                                                       TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Curtis  Raymond brad@sadeklaw.com, bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Joint Debtor Anne  Raymond brad@sadeklaw.com, bradsadek@gmail.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
                Liability Company ecfmail@mwc-law.com
```

```
District/off: 0313-2          User: Randi                 Page 3 of 3                  Date Rcvd: May 07, 2019
                              Form ID: pdf900             Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
        LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
        REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Flagship Credit Acceptance, c/o Morton & Craig LLC ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

        TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CURTIS RAYMOND  
ANNE RAYMOND

Chapter 13

Debtor

Bankruptcy No. 17-13355-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: May 7, 2019**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
BRAD J. SADEK ESQ  
SADEK LAW OFFICE  
1315 WALNUT STREET #502  
PHILADELPHIA, PA 19107-

Debtor:  
CURTIS RAYMOND  
ANNE RAYMOND  
45 PRIMROSE LANE

LEVITTOWN, PA 19054